YEE & BELILOVE, LLP
3452 EAST FOOTHILL BOULEVARD, SUITE 1000
PASADENA, CALIFORNIA 91107-6033
TELEPHONE (626) 449-8000
FACSIMILE (626) 449-8009

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT J. NATOLI, JR.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RELEVANTE, INC., a Pennsylvania corporation,<br><br>　　　　Defendant. | CASE NO. CV09-04216 DMG(AJWx)<br><br>The Hon. Dolly M. Gee, Dept. 7<br><br>Action Filed:　　June 12, 2009<br><br>**ORDER FOR DISMISSAL [JS-6]** |

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice in its entirely.

DATED: September 13, 2010

　　　　　　　　　　　　　　　　　　*Dolly M. Gee*
　　　　　　　　　　　　　　　　　　The Honorable Dolly M. Gee
　　　　　　　　　　　　　　　　　　United States District Judge

H:\YSKIPPER\LA09CV04216DMG- ORD STIP DISM JS6.WPD